UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FLOYD M. WAGSTER, JR., INDIVIDUALLY AND AS A REPRESENTATIVE OF A CLASS OF PERSONS SIMILARLY SITUATED | CIVIL ACTION NO. 03-589-B-M1  JUDGE POLOZOLA |
| VERSUS | MAGISTRATE RIEDLINGER |
| ELMER LITCHFIELD, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH; HENRY WHITEHORN, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE LOUISIANA STATE POLICE; HONORABLE CHARLES FOTI, IN HIS OFFICIAL CAPACITY AS LOUISIANA ATTORNEY GENERAL, ET AL. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of the record of these proceedings, the receipt by counsel for the plaintiffs of Affidavits attesting to destruction of the "DNA material" as defined by the Consent Order rendered May 31, 2006, and the consent to entry of this Order as represented by the signatures of the defendants and their counsel set forth below;

IT IS ORDERED that this matter be and is hereby dismissed, with prejudice with each party to bear their respective costs, save and except the continuing jurisdiction afforded this Court pursuant to the provisions of the Consent Order rendered May 31, 2006, including also the Orders of this Court entered prohibiting dissemination of the DNA or analysis thereof (Docket numbers 33 and 91) and as also described in the matter entitled Arnone, et al. v. Whitehorn, et al., Civil Action #04-758-B-M1 on the docket of the United States District Court for the Middle

District of Louisiana, as specifically referenced and set forth in paragraphs 3 and 13 of the Consent Order rendered May 31, 2006.

Baton Rouge, Louisiana, this 23 day of October, 2008.

_____
**UNITED STATES DISTRICT JUDGE**


Respectfully Submitted:


___S/Jill L. Craft_____
Jill L. Craft, Bar Roll No. 20922
721 North Street
Baton Rouge, Louisiana 70802
(225) 663-2612
*Attorney for Plaintiffs*


STIPULATED, CONSENTED TO, AND AGREED:


___S/Mary G. Erlingson_____
Mary G. Erlingston
Crawford and Lewis, P.L.L.C.
450 Laurel Street, Suite 1600
P.O. Box 3656
Baton Rouge, LA 70824
*Attorney for Sheriff Gautreau, Successor to*
*Sheriff Litchfield and Phares*


___S/Allison A. Fitzgerald_____
Kathy D. Williams, Bar Roll No. 17282
Allison A. Fitzgerald, Bar Roll No. 29498
7979 Independence Blvd.
Baton Rouge, Louisiana 70806
*Attorneys for Michael Edmonson, Successor*
*to Henry Whitehorn, Louisiana State Police*

   S/Kenneth M. Henke
Kenneth M. Henke, Bar Roll No. 06786
Oats & Hudson
Gordon Square
100 E. Vermillion
Suite 400
Lafayette, Louisiana  70501
*Attorney for Sheriff Hebert,*
*Acadiana Criminalistics Laboratory*


   S/Mary E. Hunley
Burton P. Guidry, Bar Roll No. 6439
Mary E. Hunley, Bar Roll No. 8419
Post Office Box 94005
Baton Rouge, Louisiana  70804-9005
*Louisiana Department of Justice*